IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BITCO GENERAL INSURANCE CORPORATION, | CV 21-63-BLG-SPW-TJC |
| Plaintiff, | **ORDER** |
| vs. | |
| WESCO OPERATING, INC., ST. PAUL FIRE & MARINE INSURANCE COMPANY, 4J WELL SERVICE, INC., ST. PAUL MERCURY INSURANCE COMPANY, CT CONTRACTING, INC., and SHARON M. TRONSTAD and TROY D. O'CONNOR, *as co-personal representatives of The Estate of Chad Leroy Tronstad*, | |
| Defendant. | |

Plaintiff has filed a Status Report re Settlement Discussions advising that all

Defendants have been given an extension of time to enter an appearance and

indicating that the parties are actively engaged in settlement negotiations. (Doc.

17.) Plaintiff has further advised that the parties should know whether they can

reach a settlement agreement in the near future. (*Id.*)

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that the parties submit a further status report with the Court by November 1, 2021.

DATED this 30th day of September, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge