IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BITCO GENERAL INSURANCE CORPORATION,<br><br>           Plaintiff,<br>     v.<br><br>WESCO OPERATING, INC., ST. PAUL FIRE & MARINE INSURANCE COMPANY, 4J WELL SERVICE, INC., ST. PAUL MERCURY INSURANCE COMPANY, CT CONTRACTING, INC., and SHARON M. TRONSTAD and TROY D. O'CONNOR, *as co-personal representatives of The Estate of Chad Leroy Tronstad*,<br><br>           Defendants. | CV  21-63-BLG-SPW-TJC<br><br>**ORDER** |

Plaintiff has filed a status report indicating that a settlement agreement is being finalized between all parties and that the parties need more time to do so. (Doc. 19.)  Good cause appearing,

IT IS HEREBY ORDERED that by **December 1, 2021**, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

/ / /

/ / /

/ / /

If the parties are unable to finalize a settlement agreement by December 1, 2021, the parties shall submit a status report detailing the progress the parties have made in finalizing the settlement agreement.

IT IS ORDERED.

DATED this 1st day of November, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge