IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BITCO GENERAL INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>WESCO OPERATING, INC., ST. PAUL FIRE & MARINE INSURANCE COMPANY, 4J WELL SERVICE, INC., ST. PAUL MERCURY INSURANCE COMPANY, CT CONTRACTING, INC., SHARON M. TRONSTAD AND TROY D. O'CONNOR AS CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF CHAD LEROY TRONSTAD,<br><br>Defendants. | CV 21-63-BLG-SPW-TJC<br><br>ORDER |

Upon Stipulation (Doc. 23) of the parties who have appeared in this matter, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE** as fully and finally settled on the merits, each party which

1

has appeared to bear its own costs and attorney's fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 20th day of December, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
U. S. DISTRICT JUDGE